Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Golden Goose S.p.A. d/b/a*
*Golden Goose Deluxe Brand*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN GOOSE S.P.A. D/B/A GOLDEN GOOSE DELUXE BRAND,<br><br>*Plaintiff*<br><br>v.<br><br>BABY_SHIRT, et al.,<br><br>*Defendants* | **[PROPOSED]**<br>**ORDER TO UNSEAL**<br><br>**20-cv-6112 (GBD)** |

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this ___ day of August, 2020, at 1:30 p.m.
New York, New York

AUG 1 2 2020

HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1