UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GOLDEN GOOSE S.P.A.,

                Plaintiffs,

   -against-

BABY_SHIRT et al.

                Defendants.

ORDER

20 Civ. 6112 (GBD)

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is ordered to close this case.

Dated: New York, New York
       July 15, 2022

SO ORDERED.

*GEORGE B. DANIELS*
GEORGE B. DANIELS
United States District Judge