```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDEN GOOSE S.P.A.,

                         Plaintiff,

      -against-

BABY_SHIRT et al.

                        Defendants.

**ORDER**

1:20-CV-6112 (GBD)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The deadline for Plaintiff's combined motion to reopen for good cause and for default judgment is due **Friday, October 21, 2022**.  Defendants' opposition brief is due **Monday, November 21, 2022**.

      Plaintiff is directed to serve this order on Defendants by email and to file an affidavit of service via ECF.

SO ORDERED.

Dated:   September 19, 2022
             New York, New York

                                               *Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge